UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80632-CIV-HURLEY

MAURICE WELLONS,
      petitioner,

vs.

UNITED STATES OF AMERICA,
      respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## of MAGISTRATE JUDGE & AND DENYING MOTION TO VACATE SENTENCE

**THIS CAUSE** is before the court upon the recommendation of the Honorable James Hopkins, United States Magistrate Judge, dated April 1, 2009, recommending that the petitioner's motion for a writ of habeas corpus pursuant to 28 U. S. C § 2255 be denied. [DE# 18]

Having made *de novo* review of those portions of the Magistrate Judge's disposition to which objection was subsequently lodged by the petitioner [DE# 19], the court finds no error.

It is accordingly **ORDERED and ADJUDGED**:

1. The report and recommendation of Magistrate Judge Hopkins [DE# 18] is **ADOPTED** in its entirety and incorporated here by reference.

2. Petitioner's motion to vacate or set aside sentence [DE# 1] is **DENIED.**

3. Any pending motions are **DENIED** as moot and the clerk of Court shall enter this case

as **CLOSED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida this _30_ day of

April May, 2009.

Daniel T. K. Hurley
United States District Judge

cc

Magistrate Judge James Hopkins

All counsel

2