UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80632-CIV-HURLEY/HOPKINS

**MAURICE WELLONS,**
    petitioner,

vs.

**UNITED STATES OF AMERICA,**
    respondent.
_____/

## ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the court upon petitioner's notice of appeal and petition for certificate of appealability filed June 23, 2009 [DE# 22] and accompanying motion to proceed *in forma pauperis* on appeal [DE# 23].

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a district court has rejected a constitutional claim on its merits, this standard requires petitioner to show that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1604, 146 L.Ed.2d 542 (U.S. 2000); *Franklin v Hightower,* 215 F.3d 1196 (U.S. 2000).

Having carefully reviewed the current petition for certificate of appealability, the court concludes that petitioner fails to show that jurists of reason would find the correctness of the underlying constitutional rulings fairly debatable or wrong.

It is accordingly **ORDERED and ADJUDGED**:

1. Petitioner's application for certificate of appealability [DE # 22] is **DENIED**.

2. Petitioner's motion to proceed *in forma pauperis* on appeal [DE # 23] is further **DENIED** as **MOOT** because he may not appeal without a certificate of appealability.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of June, 2009.

                                                  Daniel T. K. Hurley
                                                United States District Judge

copies to:

Magistrate Judge James Hopkins

all counsel